IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND SCOTT,

    Petitioner,

  v.

R. K. WONG, Warden,

    Respondent.
                                 /

No. C 09-0051 SBA (PR)

**JUDGMENT**

    Pursuant to the Court's Order of today's date granting Respondent's motion to dismiss, IT IS ORDERED AND ADJUDGED that this action is dismissed. Specifically, Petitioner's sentencing claim is dismissed for failure to state a federal question, and his "some evidence" claim is dismissed without prejudice as unexhausted.

    IT IS SO ORDERED.

DATED: September 30, 2010

                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

G:\PRO-SE\SBA\HC.09\Scott0051.jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SCOTT, | Case Number: CV09-00051 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT L AYERS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Scott E-76911
California State Prison - San Quentin
San Quentin, CA 93974

Dated: October 5, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Scott0051.jud.wpd        2